IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FORFAR OUTDOORS STORE, et al.,<br><br>Defendants. | Case No. 20-cv-02955<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Oakley, Inc. ("Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Forfar Outdoors Store | 1 |
| Shop2129047 Store | 6 |
| LAOTIE OUTDOOR Store | 17 |
| Shop5442221 Store | 37 |
| easylivingus | 47 |
| heybeautyday | 67 |

| | |
|---|---|
| Dated this 27th day of August 2020. | Respectfully submitted,<br><br>/s/ Jake M. Christensen<br>Amy C. Ziegler<br>Justin R. Gaudio<br>Jake M. Christensen<br>Thomas J. Juettner<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>jchristensen@gbc.law<br>tjjuettner@gbc.law<br><br>*Counsel for Plaintiff Oakley, Inc.* |